## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**ANTONIO ENRIQUE MARTINEZ,**

    Petitioner,

v.                                                                 Case No: 5:24-cv-584-WFJ-PRL

**WARDEN, FCC COLEMAN - CAMP,**

    Respondent.

_____

### ORDER

THIS CAUSE is before the Court upon *sua sponte* review. The Court issued an Order to Show Cause (Doc. 8) requiring Petitioner to respond by May 30, 2025. Petitioner failed to comply.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED** without prejudice.
2. The **Clerk of Court** shall enter judgment and close this case.

DONE and ORDERED in Tampa, Florida, of June 18, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Unrepresented Party
Counsel of Record